IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL WIGGINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 24-51** |
| | : | |
| **JEFFERSON EINSTEIN HOSPITAL** | : | |

# ORDER

AND NOW, this 31st day of October 2025, following random reassignment (ECF 20) leading to our review of Plaintiff's *pro se* Motion to reopen his long-closed case (ECF 19) under Federal Rule of Civil Procedure 60(b), finding he does not and cannot meet the Supreme Court's direction under Rule 60(b) for reopening his closed case after Chief Judge Goldberg's Order affirmed by the Court of Appeals while choosing to not seek redress from the Internal Revenue Service as detailed in the earlier Orders, and for reasons in today's accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF 19) is **DENIED** and the Clerk of Court shall again **close** this case.

                                                                                                               **KEARNEY, J.**